**FILED**

AUG 21 2009

Clerk, U.S. District and Bankruptcy Courts

CARMELITA VIRAY (PRO-PER) 1-951-599-4237
44064 TERRAZA COURT
TEMECULA, CALIFORNIA
92592

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CARMELITA VIRAY

   PLAINTIFF

-VS-

FEDERAL DEPOSIT INSURANCE CORPORATION
1601 BRYAN STREET
DALLAS, TEXAS 75201

   DEFENDANT

Case: 1:09-cv-01603
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/21/2009
Description: Pro Se Gen. Civil

) ILLEGAL FORECLOSURE
)
)     AND
)
) ILLEGAL EVICTION
)
)
)
)

COMPLAINT

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) AS RECEIVER OF WASHINGTON MUTUAL HOLDING CORPORATION (WASHINGTON MUTUAL BANK). HAD DENIED MY CLAIM FOR FDIC WAS GIVEN SIX MONTH TO ALLOW OR DIS-ALLOW THE CLAIM AND AFTER SIX MONTH FDIC WANTS EXTENTION FOR ANOTHER SIX MONTH AND I DIS-AGREE AND MY CLAIM WILL BE DISALLOWED AND I HAVE SIXTY DAYS TO FILE A LAWSUIT.

ON SEPTEMBER 25,2008 (THE CLOSING DATE) THE OFFICE OF THRIFT SUPERVISION CLOSED WASHINGTON MUTUAL BANK HENDERSON,NV

89014 . (THE FAILED INSTITUTION) AND APPOINTED THE FEDERAL DEPOSIT INSURANCE CORPORATION (THE FDIC) AS RECEIVER(THE RECEIVER).

I CONTACTED THE OFFICE OF THRIFT SUPERVISION .I FILED COMPLAINT TO THE CONTROLLER OF CURRENCY FOR THE ILLEGAL FORECLOSURE AND ILLEGAL EVICTIONTHAT WASHINGTON MUTUAL BANK FORMERLY ,NOW CHASE BANK FINANCE LLC.THE BANK SAID THAT THIS CLAIM WAS FORWARDED TO FDIC AS ITS BELONGS TO WASHINGTON MUTUAL HOLDING CORP.. AND ALL CORRESPONDENCE DIRECTLY TO FDIC.

FDIC HAD DISALLOWED THIS CLAIM DATED JUNE 2,2009 and I HAVE SIXTY DAYS TO FILE A LAWSUIT IN THIS COURT THAT I DID ON TIME ,THEREFORE THE COURT SHOULD GRANT THIS CLAIM THAT FDIC HAD DISALLOWED..

WASHINGTON MUTUAL BANK HAD ILLEGALLY FORECLOSED MY HOME LOCATED AT 3646 FOREST GLEN ROAD SAN DIEGO CALIFORNIA 92154. and ILLEGALLY EVICTED FROM THE PROPERTY NOVEMBER /1999.THE BANK REFUSED TO ACCEPT PAYMENTS JUST WANTS POSSESSION OF THE REAL PROPERTY. I ACCUMULLATED MUCH EQUITY TO THE SAID PROPERTY THAT THE BANK HAD INTERESTED WITH THAN TO ACCEPT PAYMENTS. I OWNED THE REAL PROPERTY FOR OVER EIGHT YEARS.ME AND MY FAMILY live in THIS PROPERTY . WE ARE FORCELY EVICTED THAT WE LEFT ALL OUR PERSONAL BELONGINGS AND HOMELESS.WE SUFFER A LOT OF STRESS ,SADNESS NO PLACE TO GO..WE LOST EVERYTHING THAT WE INVESTED IN LIFE.THE BANK HAD SOLD OUR PERSONAL BELONGINGS WE HAD PLANNED TO LIVED IN THIS PROPERTY THE REST OF OUR LIFE.

1  FOR RELIEF,POSSESSION OF THE REAL PROPERTY 3646 FOREST GLEN
2  ROAD,SAN DIEGO,CALIFORNIA 92154. PUNITIVE DAMAGES FOR
3  $25,000,000.00  ,pain AND SUFFERINGS FOR $25,000,000.00 and
4  personal BELONGINGS FOR $45,000.00 and or other THAT THE
5  COURT MAY DEEM JUST AND PROPER..

8  RESPECTFULLY SUBMITTED BY:
9  *Carmelita Viray*                 8-20-09
10 CARMELITA VIRAY